PROSKAUER ROSE LLP
Jeremy M. Brown, Esq. (JB - 7652)
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
jbrown@proskauer.com
*Attorneys for Defendants*
*The Trustees of Columbia University in the*
*City of New York, Gail Hoffman, Robert Fishbein,*
*Laurie Schaffler, and Elizabeth Hicks*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
STANNIS M. SMITH,

          Plaintiff,

   -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, and GAIL
HOFFMAN, ROBERT FISHBEIN, LAURIE
SCHAFFLER, and ELIZABETH HICKS,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 09-CV-4345

**ORDER**

Electronically Filed

    THIS MATTER having been brought before this Court by Proskauer Rose LLP, attorneys for Defendants, The Trustees of Columbia University in the City of New York ("Columbia" or the "University"), Gail Hoffman ("Hoffman"), Robert Fishbein ("Fishbein"), Laurie Schaffler ("Schaffler"), and Elizabeth Hicks ("Hicks") (collectively "Defendants"), and the Court having considered Defendants' request for an extension of time;

    IT IS on this 24 day of July, 2009;

    ORDERED that Defendants' request for a one-week extension of time to answer, move, or otherwise respond to the Complaint is granted; and it is further

ORDERED that Defendants shall answer, move, or otherwise respond to the Complaint in this action on or before Friday, July 31, 2009.

*[signature]*
HON. JOHN G. KOELTL, U.S.D.J.